In re Chargois, James; — Plaintiff; Applying For Supervisory and/or Remedial Writs, Parish of Iberia, 16th Judicial District Court Div. B, No. 96 CR-36; to the Court of Appeal, Third Circuit, No. KH 11-01165.
Granted in part; otherwise denied. If it has not already done so, the district court is ordered to provide relator with a copy of the judgment denying relief of his motion to correct an illegal sentence. See La. C.Cr.P. art. 930.1; State ex rel. Hackett v. State, 96-0224 (La.2/2/96), 666 So.2d 1097; State ex rel. Foy v. State, 96-0225 (La.2/2/96), 666 So.2d 1097; State ex rel. *1061 Baker v. State, 95-2228 (La.12/8/95), 664 So.2d 410; State ex rel. Whittaker v. Lombard, 559 So.2d 116 (La.1990).